# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: George R. Garbrick<br>　　　　<u>Debtor</u> | CHAPTER 7<br><br>BKY. NO. 17-10650 JKF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association, and index same on the master mailing list.

                                        Respectfully submitted,

                                        **<u>/s/Matteo S. Weiner, Esquire</u>**
                                        Matteo S. Weiner, Esquire
                                        Thomas Puleo, Esquire
                                        Brian C. Nicholas, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322 FAX (215) 627-7734