Certificate Number: 14912-PAE-DE-028890217

Bankruptcy Case Number: 17-10650



14912-PAE-DE-028890217

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 9, 2017, at 10:51 o'clock AM EST, George Garbrick completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: March 9, 2017                    By:     /s/Jai Bhatt

                                        Name:   Jai Bhatt

                                        Title:  Counselor