United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
George R Garbrick  
    Debtor

Case No. 17-10650-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JeanetteG     Page 1 of 1     Date Rcvd: May 30, 2017  
                 Form ID: 195        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2017.  
db          George R Garbrick,   372 Meetinghouse Lane,   Lancaster, PA   17601-7022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 31 2017 00:54:45    Capital One Auto Finance, a division of Capital On,   c/o Ascension Capital Group,   P.O. Box 165028,   Irving, TX   75016,   UNITED STATES 75016-5028  
cr          +E-mail/PDF: gecsedi@recoverycorp.com May 31 2017 00:48:44    Synchrony Bank,   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021  
                                                                                                                                                                                                             TOTAL: 2

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2017 at the address(es) listed below:  
         CHRISTINE C. SHUBERT     christine.shubert@comcast.net, J100@ecfcbis.com  
         MATTEO SAMUEL WEINER     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
         RICHARD J. GROMEN     on behalf of Debtor George R Garbrick Grolawbky@aol.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                                                          TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

George R Garbrick  : Case No. 17–10650–jkf
    Debtor(s)

## ORDER
_____

AND NOW, this day , May 30, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

32
Form 195